FILED
OCT - 8 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

FEDERAL COURTS +

PEACE & BLESSING! IT IS MY HOPE THAT THIS IS HEARD & INVESTIGATED. I HAVE ALL DOCUMENTATION AS WITNESS TO THE UNETHICAL & CONFLICT OF INTEREST AT BEGINNING OF THIS WHOLE ORDEAL BUT HAS BECOME CRIMINAL IN IT'S DELIBERATE INDIFFERANCE TO THE BASIC FUNDAMENTLES OF "DUE PROCESS" & THE FACT THIS JUDGE KNOWINGLY VIOLATED ALL TERMS & STILL INTENTIONALLY & KNOWINKLY SET IT FOR TRIAL, AFTER HE HAS IGNORED OR DENIED MY EVERY REQUEST/MOTION I'VE BROUGHT TO HIM.

UNTILL RECENTLY, I NEVER KNEW, AFTER HE OVER SENTENCED ME FOR WHAT SHOULD OF BEEN MISDEMENOR, HE SAT ON BOARD THAT DENIED MY PAROLE 4 TIMES 1993 THRU 1996. WE HIRED PRIVATE INVESTIGATER THAT OBTAINED ALL DOCUMENTS. I WISH TO PURSUE ALL LEGAL AVENUES & HOPE YOU WILL LEAD ME IN RIGHT DIRECTION.

THANK YOU!

RESPECTFULLY SUBMITTED
Steven A. Emmons

\* WRIT OF HABEAS CORPUS \*

I, STEVEN A. EMMONS 5-24-1965, DO SOLEMNLY SWEAR UNDER PENALTY OF PERJERY IN THE U.S. IN THE STATE OF TEXAS, UNDER THE CONSTITUTION OF THE UNITED STATES, THAT EVERYTHING WRITTEN IS WELL DOCUMENTED, OF WHICH I HAVE & WILL PRODUCE & HAVE AVAILABLE.

TEXAS CODE OF CRIMINAL PROCEDURE \* 1.05 "RIGHTS OF THE ACCUSED" \* PROTECTS ME, STEVEN A EMMONS 5-24-1965 CONSTITUTIONALLY IN THE APPROACHING THE COURTS - DESPITE MY LIMITATION - IN "1.05-2"... ON MY OWN BEHALF, THROUGH MY COUNSEL OR BOTH, OF WHICH I DO SO NOW. PLEASE FORGIVE ME FOR NOT BEING ABLE TO DO SO MORE FORMALLY DUE TO CIRCUMSTANCE. BUT THE CONSTITUTION OF UNITED STATES IS CLEAR IN IT'S LANGUAGE THAT... "WRIT OF HABEAS CORPUS SHALL NEVER BE SUSPENDED"... QUOTE - UNQUOTE.

I, STEVEN A. EMMONS HAVE HAD TO APPROACH 142ND DISTRICT COURT ON MY OWN BEHALF DUE TO THE "INEFFECTIVE ASSISTANCE OF COUNSEL" OF THE 2 (TWO) ASSIGNED LAWYERS... RICK NAUFFTUL & CHRIS FOSTEL... BOTH OF WHOM NEGLECTED THIER DUTY IN FULLY REPRESENTING ME. WHEN I - STEVEN A. EMMONS POINTED OUT PROCEDURE VIOLATIONS CONCERNING CR# C17??. #1) CURFEW VIOLATION #2) WARRANTLESS SEARCH #3) VIOLATION OF "EXCLUSIONARY RULE/LAW"... JUST TO PUT FORTH A FEW OF THE BLATANT VIOLATIONS, BUT THESE ARE THE SET IN STONE 4TH AMENDMENT VIOLATIONS THAT SCREAM.

①

WHEN I'VE APPROACHED 142ND DISTRICT COURT JUDGE IN "PRO-SE" WITH THESE, THEY'VE GONE UNANSWERED/UNADDRESSED. BUT WHEN I FILED WRIT FOR BOND REDUCTION BECAUSE CHRIS FOSTER REFUSED, 142ND DISTRICT COURT JUDGE DENIED IT... STATING "LAWS OF TEXAS DO NOT ALLOW DUAL REPRESENTATION" WITHOUT CITING THOSE FINDINGS TO SUPPORT THAT RULING. I HAVE ANOTHER DEFENDANT THAT SAID JUDGE OF 142ND DISTRICT COURT ALLOWED HIS "PRO-SE" WRIT BE HEARD & FOUND IN HIS FAVOR ☆ DISMISSAL ☆ WITH LAWYER ASSIGNED TO HIS CASE WHICH IS THE DUAL REPRESENTATION HE RULED ON MINE, WHICH WHEN INVESTIGATED OBJECTIVLY REVEALS THE INCONSISTANTENCY 142ND DISTRICT COURT JUDGE PRACTICES CONSISTANTLY. SAID DEFENDANT & I, STEVEN A. EMMONS BOTH HAVE VERY SIMILAR CIRCUMSTANCES & VERY SIMILAR HISTORYS.

   THE CONSTITUTION OF UNITED STATES DOES NOT ALLOW THE LEGISLATIVE LAWS OF TEXAS TO CIRCUMVENT THE AMENDMENTS. IN FACT THEY ARE SET IN STONE GUIDLINES THAT ARE BASIC PRINCIPLES OF ALL COURT PROCEEDINGS ☆ DUE PROCESS / EQUAL PROTECTION ☆ 5TH & 14TH AMENDMENTS. IN FACT, THE COURT OF CRIMINAL APPEALS RULED THAT THE LAWS OF TEXAS SHOULD HARMONIZE WITH THE CONSTITUTION OF U.S.!!. I'VE EXPRESSED PROTEST TO THE PROCEEDINGS MULTIPLE TIMES THROUGH DISTRICT CLERK ALEX ARCHULETA, FILED UNDER CR#51728 AS A PART OF DOCKET RECORD.

LET IT ALSO BE DULY * ON RECORD * NOTED, I STEVEN A. EMMONS CAN FURTHER SHOW THAT THE 142ND DISTRICT COURT JUDGE CLEARLY VIOLATES THE JUDICIAL STANDARD COMMISIONS CANONS OF CONDUCT MULTIPLE TIMES CONCERNING CR# 51728 BUT NOW HE'S PERSONALIZED IT THRU CR# A19181 HANDING DOWN SENTENCE FEBUARY 3RD 1993 & BEING A MEMBER OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE BOARD & DENYING PAROLE ELIGABILITY 4 TIMES ON A CASE THAT DISTRICT ATTORNEY REVEALED TO SAID JUDGE ON RECORD WHEN SAID JUDGE ASKED "WHY AMOUNT OF MONEY WAS NOT ON INDICTMENT"... HE STATED "IF AMOUNT OF MONEY WAS PUT ON INDICTMENT, IT WOULD HAVE TO REMAIN A MISDEMENOR". SO WE CAN SHOW FALTY INDICTMENT & MISDEMENOR CHARGE THAT I SERVED OVER 7 YEARS FOR UNDER TDC# 657124. PLUS SERVING ON COMMITEE AFTER KNOWING THESE DISCREPTENCIES... EVEN PARTICIPATING IN THE "CONFLICT OF INTEREST" CAN BE CONSCREWED AS A CRIMINAL ACT NOT EXCLUSING/EXCLUDING HIMSELF FROM CR#51728, NOT ONCE BEING IMPARTIAL IN ANY OF MY COMPLAINTS OR ANY WRIT I BROUGHT BEFORE HIM WITH A CONSTITUTIONAL VIOLATION, PARTICIPATING IN THE "INEFFECTIVE ASSISTANCE OF COUNSEL" BY 2 (TWO) SEPERATE LAWYERS. ALTHOUGH STATING ON RECORD IN COURT HIM OPENING AN INVESTIGATION ON MY CASE YET NEVER DOING SO BECAUSE HIS CRIMINAL ACTS PUT FORTH WOULD COME TO LIGHT.

③

UPON FURTHER INVESTIGATION IT CAN BE SEEN THAT 142ND DISTRICT COURT JUDGE VIOLATES OTHER DEFENDANTS CONSTITUTIONAL RIGHTS OF "OVER SENTENCING" THAT COURT OF CRIMINAL APPEALS HAD TO RE-SENTENCE DEFENDANT UNDER THE PROPER SENTENCING GUIDLINES. SEARCH MICHAEL AARON POPE, SAID JUDGE SENTENCED HIM TO 5 YEARS T.D.C.J. FOR A "STATE JAIL FELONY" CHARGE, THUS POSITIONING HIMSELF TO SIT ON COMMITTEE AS BOARD MEMBER VOTING ON PAROLE. THIS IS CLEARLY AN ETHICS VIOLATION OF THE CODE OF CONDUCT ON JUDICIAL STANDARDS COMMISSION, DONE WITH DELIBERATE INDIFFERENCE TO THE LEGISLATIVE LAWS OF TEXAS, MY, STEVEN A. EMMONS 5 24 1965 CONSTITUTIONAL RIGHTS OF 4th AMENDMENT * CRIMINAL PROCEDURE * 6th AMENDMENT * DUE PROCESS * 14th AMENDMENT * EQUAL PROTECTION * THESE ARE THE VERY FABRIC OF ALL LEGAL PROCEEDINGS IN THE UNITED STATES UNDER THAT CONSTITUTION, AS WELL AS CONSTITUTION OF TEXAS WHICH HARMONIZES ITSELF TO ALL THINGS IN PLACE THROUGH CONSTITUTION.

    FROM FEBRUARY 3RD 1993 TO TODAY OCTOBER ___ 2019 DOCUMENTATIONS HISTORY SHOWS CLEARLY THAT 142ND DISTRICT COURT JUDGE NOT ONCE ADJUDICATED ANYTHING IMPARTIALLY CONCERNING STEVEN A. EMMONS. IN FACT, AT EVERY VENTURE HE'S VIOLATED THE VERY LAWS OF TEXAS HE WAS VOTED IN TO UPHOLD. A JUDGE IS SUPPOSED TO BE A JUROR, NEVER USING POSITION TO JADE THE OUTCOME OF ANY CITIZEN OF UNITED STATES

(4)

142ND DISTRICT JUDGE HAS KNOWINGLY & INTENTIONALLY CIRCUMVENTED THE LAWS OF TEXAS, THE UNITED STATES CONSTITUTION & THE CIVIL LIBERTY'S BOTH OF THESE ENSURE TO US THRU TEXAS CODE OF CRIMINAL PROCEDURE. THIS MEANS HE'S KEPT ME ILLEGALLY DETAINED UNDER HUNDRED THOUSAND DOLLAR BOND ($100,000) WITH NOT 1 (ONE) COURT APPEARANCE MISSED, FOR 16 MONTHS UNDER SAID BOND, WHEN THE LANGUAGE CLEARLY STATES "MUST BE RELEASED" OR RESET BOND THATS AFFORDABLE WHEN COURT PROCEEDING "RELEASE DUE TO DELAY" HAS COME INTO PLAY, WHICH CAN BE SHOWN THROUGH RECORDS HAS BECOME DELIBERATE INDIFFERANCE TO ANY OF MY CIVIL RIGHTS, OVER & OVER AGAIN.

JULY 23RD 2019 SAID JUDGE OF 142ND DISTRICT COURT STATED ON RECORD HE DID NOT KNOW WHY I HADN'T HAD COURT APPEARANCE SINCE JANUARY 8TH 2019 & HE DID NOT KNOW WHY HE HAD YET TO RULE ON "MOTION TO SUPPRESS" HEARING WE HAD IN NOVEMBER 2018, HE HADN'T LOOKED AT IT, AGAIN CIRCUMVENTING LAWS OF TEXAS FOR HIS OWN AGENDA, AS WELL AS ALL OF THE ABOVE MENTIONED CONSTITUTIONAL AMENDMENT VIOLATIONS, THAT I'VE BROUGHT BEFORE HIM ON NUMEROUS OCCASIONS, ALL OF WHICH ARE DOCUMENTED THROUGH DISTRICT CLERKS OFFICE & FILED AS PART OF RECORD, SO HE CAN NOT PLEAD IGNORANCE OR CAN NOT CLAIM THAT I'VE NEVER ARGUED ISSUES BEFORE HIM.

LISTED BELOW ARE THE VIOLATIONS ARGUED & PRESENTED MULTIPLE TIMES.

#1) UPON ARREST JUNE 18th 2018 I, STEVEN A. EMMONS WAS NEVER MAGISTRATED FOR MIDLAND WARRANT. T.C.C.P. 15.16 WARRANT EXECUTED & 15.17 MAGISTRATION REQUIRED - "WITHOUT DUE DELAY"! PRIOR TO SEPTEMBER 2017 T.C.C.P. CALLS FOR "DISCHARGE"! THIS CHARGE IS JULY 5th 2017.

#2) NOVEMBER 2018 SUPPRESION HEARING WAS HEARD, BUT NEVER RULED ON TIL 142ND DISTRICT COURT JUDGE ADMITTED NOT UNDERSTANDING WHY NO HEARINGS WERE HELD SINCE JANUARY 8th 2019. HIS ADMISSION TO THIS DUE PROCESS VIOLATION WAS JULY 23RD 2019.

#3) ALLOWING & PARTICIPATING WITH THE "INEFFECTIVE ASSISTANCE OF COUNSEL" AFTER I, STEVEN A. EMMONS FILED "WRIT OF HABEAS CORPUS" CONCERNING BOND REDUCTION * AS REQUIRED BY COURT OF APPEALS * ON MY OWN BEHALF AFTER ASSIGNED LAWYER CHRIS FOSTEL REFUSED. 142ND DISTRICT COURT JUDGE STATED LAWS OF TEXAS DO NOT ALLOW "DUAL REPRESENTATION", WITHOUT CITING ANY RULING OF ANY COURT TO SOLIDIFYING HIS DENIAL OF BOND REDUCTION. * SANDERS V. CITY OF HOUSTON 543 F. SUPP. 694, 705 (S.D. TEX 1982) (AFFIRMED) 741 F 2d 1349. FEDERAL COURTS HELD THAT "TEXAS STATUTES SHOULD BE CONSTRUED IN HARMONY WITH THE FEDERAL CONSTITUTION & ANY LEGISLATURE REPUGNANT TO THAT CONSTITUTION IS VOID". T.C.C.P. LEXIS NEXIS 2017/2018 JUDICIAL EDITION STATES IN CHAP. 17. "RELEASE DUE TO DELAY" THE LANGUAGE IS "MUST BE RELEASED" ON P.R. BOND OR GIVEN AFFORDABLE BOND. CIRCUMVENTING THE LAWS OF TEXAS WITH LAWS OF TEXAS CONTRIDICT ALL THINGS LEGAL - ESPECIALLY WITHOUT CITATIONS OR FEDERAL COURT FINDINGS.

⑥

TO DATE: NO ACTUAL CHARGES HAVE BEEN ILLEGALLY DETAINED SINCE JUNE 18TH 2018 WITH UNEXECUTED WARRANT UNDER AN HUNDRED THOUSAND DOLLAR (100,000.000) BOND WITH MULTIPLE DELAYS/ POSTPONINGS. THIS CONSTITUTES AS KIDNAPPING UNDER LAWS OF UNITED STATES CONSTITUTION & 142ND DISTRICT COURT JUDGE HAS PERVERTED JUSTICE THROUGH THE ROBE TO INSTITUTE "MIDLAND TEXAS" LAWS, OVER UNITED STATES CONSTITUTIONAL LAW & AMENDMENT

#4) 142ND DISTRICT JUDGE ALLOWED INDICTMENT TO BE PASSED DOWN * JUNE 1ST, 2018 * WITHOUT LAB RESULTS BEING RETURNED * AUGUST 2018 * WITHOUT DUE PROCESS RAISING OF BOND TO THAT HUNDRED THOUSAND DOLLAR (100,000.000) BOND WITHOUT ONE (1) COURT APPEARANCE MISSED. AGAIN INSTITUTING "MIDLAND TEXAS" LAWS OVER CONSTITUTIONAL AMENDMENT LAW & OR TEXAS CODE OF CRIMINAL PROCEDURE LAW.

#5) 142ND DISTRICT JUDGE HAS NEVER ADDRESSED OR BROUGHT TO COURTS ATTENTION THAT HE SHOULD EXCUSE EXCLUDE HIMSELF DUE TO THE "CONFLICT OF INTEREST" STEMING FROM HIM PREVIOUSLY SITTING AS JUDGE ON FEBUARY 3RD 1993 * NOTE PRESENT INDICTMENT * ON CHARGE THAT DISTRICT ATTORNEY STATED CR#A19186 SHOULD OF REMAINED A MISDEMENOR ... THEN SITTING ON THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE BOARD THAT DENIED MY PAROLE * ~~HE HIMSELF~~ * 4 TIMES UNDER TDC# 651194 ~ OVER SENTENCING ME SO HE COULD SIT ON PAROLE ELIGIBILITY BOARD. JUDICIAL STANDARD COMMISIONS HAS SET IN STONE POLICY... PRACTICE & PROCEDURE THAT VERY STRICTLY FORBIDS SAID BEHAVIOR & THE COMPLETE DELIBERATE INDIFFERANCE TO CONSTITUTION OF UNITED STATES SHOULD BE IF CAN BE VIEWED AS A "TERRORISTS"

(7)

ACT, WHETHER FOREIGN OR DOMESTIC AGAINST NOT JUST MYSELF, STEVEN A. EMMONS 5-24-1965 UNDER CR# A-19181-6 ... CR# 51728 IN PERVERTING JUSTICE, WHICH IS DEFINITION OF CRIMINAL & UNETHICAL TO SAY THE LEAST.

    EVERY SINGLE WORD... SENTENCE... PARAGRAPH... PAGE IS DOCUMENTED FACTUAL & HAVE ALL TO SHOW & SOLIDIFY AS WITNESS TO ALL ABOVE MENTIONED ALLEGATIONS, WHICH CAN BE OBTAINED THROUGH PUBLIC INFORMATIONS ACT, AS WELL AS MYSELF, AS WELL AS MY LAWYER...

AUDIE REESE
915 TEXAS AVE.
LUBBOCK, TEX.
    79401

    I, STEVEN A. EMMONS AM PREPARING TO LITIGATE ALL OF THE FOREMENTIONED ACTIONS TAKEN UPON ME & MULTIPLE OTHER DEFENDANTS. I REQUEST THAT A FEDERAL INVESTIGATION BE INITIATED & THOROUGHLY DONE TO ENSURE BLIND JUSTICE FOR ALL.

    VERY RESPECTFULLY SUBMITTED,

*Steven A. Emmons*

AUBREY ELISE FLORES
My Notary ID # 131987858
Expires April 25, 2023

— Copy —

*Aubrey Elise Flores*
Oct. 4, 2019



Steven A. Emmons
AIDC
P.O. Box 11387
Midland, Texas 79702

★ United States District Court ★
Western Dist. of Texas
200 East Wall St. - Room 222
Midland, Texas
79701-5417

RECEIVED
OCT 08 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY